# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| | : The Hon. Steven C. Mannion |
| | : Mag. No. 19-6320 |
| NAQUISE WILLIAMS | : |
| | : **ORDER FOR CONTINUANCE** |

This matter having been opened to the Court by Craig Carpenito, United States Attorney for the District of New Jersey (Robert Frazer, Assistant U.S. Attorney, appearing), and defendant listed above (Saverio Viggiano, Esq, appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right under 18 U.S.C. § 3161(b) to have the matter presented to a Grand Jury within thirty (30) days of his arrest; and the defendant through his attorney having waived such rights and consented to the continuance; and this being the THIRD continuance presented to the Court; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary in Court.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 28th day of January 2020

ORDERED that the proceedings in the above-captioned matter are continued from January 31, 2020 through and including March 2, 2020, and

IT IS FURTHER ORDERED that the period between January 31, 2020 through and including March 2, 2020 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. STEVEN C. MANNION
United States Magistrate Judge

19 mj 6320

_____
AUSA Robert Frazer

_____
Saverio Viggiano, Esq., AFPD
Attorney for Naquise Williams

RECEIVED IN THE CHAMBERS OF

JAN 2 8 2020

TIME: _____ M
HON. STEVEN C. MANNION, U.S.M.J.